UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TAVISH L. JOHNSON,
Plaintiff,
v.
HEATHER DIGESTI, et al.,
Defendants.



Filed ✓Received __ Entered __ Served On
Counsel/Parties of Record

JUN 30 2026

Clerk US District Court
District of Nevada
By:_____ Deputy

Case No. 3:25-cv-00332-ART-CLB

AMENDED CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983 – EIGHTH AMENDMENT

I. JURISDICTION
This action arises under 42 U.S.C. § 1983 for
violations of Plaintiff's rights under the Eighth
Amendment. Jurisdiction exists under 28 U.S.C. §§
1331 and 1343. Venue is proper in this District
because all events occurred in Washoe County, Nevada.

II. PARTIES
Plaintiff:
Tavish L. Johnson, detainee at Washoe County
Detention Facility.
Defendants (as listed in Court Order):
Heather Digesti, et al.
Medical care at issue was provided through NaphCare,
Inc. medical staff and Washoe County Detention
Facility medical services.

III. FACTUAL BACKGROUND
Plaintiff suffers from Rheumatoid Arthritis, a
serious chronic medical condition requiring weekly
Methotrexate treatment.
Medical records confirm Methotrexate was prescribed
as active treatment.

A. Prescription Orders & Dosage
Kyra Whited, NP prescribed Methotrexate 2.5 mg
tablets at a total weekly dose of 12.5 mg (5 tablets
per week) during the relevant treatment period.
Joseph Benson, MD confirmed the weekly Methotrexate
requirement at 12.5 mg per week.
Plaintiff's records also reflect inconsistent
dispensing documentation, including references to a
7.5 mg dosage and/or quantity of three tablets. This
is inconsistent with the prescribed therapeutic
regimen of 12.5 mg weekly (five 2.5 mg tablets).
This dosage discrepancy is material because
Plaintiff's prescribed treatment required consistent
weekly dosing, and deviation or improper dispensing
affects medical stability and treatment efficacy.

B. Missed Medication Event
Plaintiff did not receive Methotrexate on October 17,
2024.

C. Continued Denial of Medication

After the missed dose, Plaintiff requested his prescribed RA medication.
Medication was not available at pill call on October 18, 2024.
Medication was again not provided at the following pill pass.
Instead of administering prescribed treatment, NaphCare medical staff documented the medication as unavailable and placed it on reorder status.

D. Nursing Documentation
R. Curtis, RN documented Plaintiff's request for medication and EMAR confirmation on 10/18/2024.
Dawn Wood, RN documented Methotrexate as unavailable at pill pass and placed it on reorder on 10/19/2024.

E. Provider Knowledge
Joseph Benson, MD confirmed Plaintiff's Rheumatoid Arthritis diagnosis and weekly Methotrexate requirement.
Medical records reflect ongoing chronic care oversight and awareness of Plaintiff's prescribed treatment.
Medication administration was managed through NaphCare medical systems and facility medical staff.

IV. CLAIM FOR RELIEF
Eighth Amendment – Deliberate Indifference
Under Estelle v. Gamble and Farmer v. Brennan, prison officials violate the Eighth Amendment when they are deliberately indifferent to a serious medical need.
Plaintiff alleges:

1. Plaintiff had a serious medical condition (Rheumatoid Arthritis).
2. Plaintiff had an active prescription for weekly Methotrexate.
3. Prescribed dosage was 12.5 mg weekly (5 tablets of 2.5 mg).
4. Records reflect inconsistent dosing documentation including 7.5 mg / quantity of three tablets.
5. Defendants were aware of Plaintiff's condition and prescription.
6. Methotrexate was not administered on October 17, 2024.
7. Plaintiff requested medication after the missed dose.
8. Medication was not available at pill call.
9. Medication was again not provided at the next pill pass.
10. Medical staff documented medication as unavailable instead of administering prescribed treatment.
11. Medication was placed on reorder instead of being administered.
12. Defendants disregarded a known risk of pain, flare-up, and serious medical harm.

V. EXHIBITS

Exhibit A – Drug Orders / Prescription Records
- Methotrexate 12.5 mg weekly prescription (Whited NP / Benson MD)
- Medication order and dosage records

Exhibit B – Chronic Care Diagnoses
- Rheumatoid Arthritis
- Hashimoto's Thyroid Disease
- Intake chronic care classification

Exhibit C – Sick Call / MAR Records
- RN Curtis EMAR documentation (10/18/2024)
- RN Wood pill pass and reorder documentation (10/19/2024)
- Medication administration records

Exhibit D – Provider Chart Review Notes
- Joseph Benson MD chronic care confirmation
- Methotrexate weekly treatment requirement

Exhibit E – Laboratory / Diagnostic Records
- CMP results
- Thyroid (TSH elevated) findings
- Metabolic panel records

Exhibit F – Intake & Pharmacy Reconciliation Records
- CVS pharmacy verification
- EMT reconciliation records
- Intake medication history documentation

VI. RELIEF REQUESTED

A. Declaratory relief

B. Compensatory damages

C. Injunctive relief requiring proper Methotrexate administration at correct dosage

D. Any other relief the Court deems just and proper

VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

VIII. SIGNATURE

Dated: June 30, 2026

Tavish L. Johnson
Plaintiff, Pro Se

X Tavish L. Johnson    6-30-2026

Exhibit - A

JOHNSON, TAVISH P00192168 (2411750)



Washoe
911 East Parr Blvd.
Reno, NV 89512

6/26/2026 2:49:50 PM PDT

### Drug Orders - JOHNSON, TAVISH 2411750

| Name | Strength | Quantity | SIG | Ordered By | Start | Stop |
|---|---|---|---|---|---|---|
| Terbinafine HCl Oral | 250 MG | 1 | once in a.m. | Kyra Whited NP | 10/17/2024 | 11/1/2024 |
| Nystatin External | 100000 UNIT/GM | 1 | twice a day | Kyra Whited NP | 10/16/2024 | 11/1/2024 |
| Folic Acid Oral | 1 MG | 1 | once in a.m. | Kyra Whited NP | 10/17/2024 | 11/1/2024 |
| Methotrexate Oral | 2.5 MG | 3 | once a week | Joseph Benson MD | 10/17/2024 | 11/1/2024 |

X _Tavish Johnson_  6-30-26

**NaphCare**

Washoe
911 East Parr Blvd.
Reno. NV 89512

6/26/2026 2:49:50 PM PDT

### Problems - JOHNSON, TAVISH 2411750

| Name | Date Identified | Date Resolved |
|---|---|---|
| COVID Vaccination - Partial | 1 30 2023 | |
| Thyroid Disease | 5 18 2023 | |
| Other Chronic Care | 5 18 2023 | |
| Medicaid | 10 16 2024 | 11 1 2024 |
| Hashimotos | 10 17 2024 | |
| Rhematoid Arthritis | 10 17 2024 | |



 Washoe
911 East Parr Blvd.
Reno, NV 89512

6/26/2026 2:49:50 PM PDT

### Sick Calls - JOHNSON, TAVISH 2411750

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Provider - Chart Review | 10/16/2024 | methotrexate Rx on SS, current, noted to take for one week per month, please review for order. | 10/17/2024 |
| Mental Health Professional | 10/18/2024 | Mental Health Evaluation **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Medical Provider - Chart Review | 10/18/2024 | Patient suppose to recieve methotrexate on 10.17.24 for RA dose was not given. Face to face placed on 10.18.24 to give dose. Wanted to make sure patient received dose since it it scheduled once a week | 10/20/2024 |
| Medical Provider - Chart Review | 10/23/2024 | lab | 10/23/2024 |
| Chronic Care | 11/15/2024 | Other Chronic Care. Thyroid Disease | |
| Medical Provider | 11/15/2024 | ?THY decrease Rx? **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 8/12/2025 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |

Exhibit - D

**Progress Notes -JOHNSON, TAVISH P00192168 (2411750)**

Joseph Benson Medical Director POSTED ON 10/23/2024 3:58:09 PM PDT                    Type: MEDICAL

Medchart review: PMH Other-CC , THY-Hashimotos, RA. CC visit due 11/15  Labs

UA 1.030 5.0% trace protein/ketone

TSH High 4.850  Free T4 wnl

Chem29 Normal glucose, Low CO2 BUN/Cre, High LDL (105) Iron

f/u THY Rx dose at CC medprovider visit (scheduled)

Ann Bohl RN POSTED ON 10/21/2024 3:09:56 PM PDT                    Type: MEDICAL

No longer housed alone

Dawn Wood Registered Nurse POSTED ON 10/19/2024 12:37:58 AM PDT                    Type: ADMINISTRATIVE

No methotrexate medication available to be administered at evening pill pass. Medication placed on reorder list per policy

R Curtiss RN POSTED ON 10/18/2024 3:23:57 PM PDT                    Type: ADMINISTRATIVE

Charge RN notified patient requesting his RA medication, ordered on emar  given once a week

Joseph Benson Medical Director POSTED ON 10/17/2024 8:37:49 AM PDT                    Type: MEDICAL

Medchart review: PMH THY (hashimotos) Other-CC  CC visit due 11/15  Rheumatoid arthritis (HOPE) sures adds methotrexate 12.5mg Qweek. Community

records (20pages) scanned into chart. Methotrexate order renewed. TSH at Hopes wnl  CC labs ordered

Kaleb Foster EMT POSTED ON 10/16/2024 4:25:27 PM PDT                    Type: RECONCILIATION

Comments for Drug Reconciliation~

Drug: UNK

Comment:

Filling Pharmacy: CVS pharmacy #8793 -E Plumb

Pharmacy Address: 286 East Plumb Lane

Pharmacy Phone: 775-786-4254

**JOHNSON, TAVISH P00192168 (2411750)**

JOHNSON, Tavish DOB: Apr 8, 1987 (39 yo M) Acc No. 51466   *Exhibit - E*

JOHNSON, Tavish L **DOB:** 04/08/1987 (37 yo M) **Acc No.** 51466 **DOS:** 04/23/2024

## HOPES *your partner in health*

JOHNSON, Tavish I

04 23 2024
Check In: 08:34 AM PST Check Out: 08:59 AM PST

Progress Notes: MELISSA VEIL, PA-C

### Current Medications
**Taking**
- Methotrexate 2.5 MG Tablet 12.5 mg Orally once per week lost pills after 2 doses of most recent fill. needs refill now., Notes to Pharmacist: starting with rheumatology- new dose as of 09/26/2023
- predniSONE 10 MG (48) Tablet Therapy Pack as directed Orally as directed
- Pregabalin 75 MG Capsule 1 capsule Orally once per day , Notes to Pharmacist: please fill now, patient on the way
- Folic Acid 400 MCG Tablet 1 tablet Orally Once a day

Medication List reviewed and reconciled with the patient

### Past Medical History
Incarceration on and off.
Thyroid problems.
Depression.
Alcohol abuse.
knee and ankle arthritis, rheumatoid positive- sees Dr. Oparanaku Las Vegas Rheumatology Associates.

### Surgical History
Denies Past Surgical History

### Family History
Mother: alive, lupus
Father: deceased, diagnosed with Diabetes
Maternal Grand Father: deceased, diagnosed with Cancer
Maternal Grand Mother: deceased, diagnosed with Cancer
Paternal Grand Mother: deceased, diagnosed with Cancer
unknown types of cancer.

### Social History
MA RISK ASSESSMENT:
Adult Risk Assessment
ARA. Do you feel safe at home? *Yes*
ARA. Are you around 2nd hand smoke at home or work? *Yes Patient smokes*
ARA. In the past 12 months have you spent any one night: On the street or in a car, at a weekly motel, in a mental health or substance use facility, in a transitional housing program,

### Reason for Appointment
1. new pcp / possible infection between his toes. Norma MA

### Assessments
1. Onychomycosis - B35.1 (Primary)

### Treatment
**1. Onychomycosis**
Start Terbinafine HCl Tablet, 250 MG, 1 tablet, Orally, Once a day, 30 days, 30 Tablet, Refills 0
Start Nystatin Powder, 100000 UNIT/GM, 1 application to b/l toes, Externally, Twice a day, 30 days, 60 Gram, Refills 0
LAB: CMP (Both) (Ordered for 04/23/2024)
IMAGING: Xray Foot 2 Views (Ordered for 04/23/2024) (Performed Date - 04/23/2024)
Notes :VEIL, MELISSA 04/23/2024 09:01:01 AM PDT > Right foot x-ray, r/o osteomyelitis of 5th MTP

Notes: Skin exam consistent with maceration, suspected from excessive moisture
Expected to improve with conservative measures
No signs of secondary infection
Recommend stopping topical OTC cream
Rx nystatin powder, change socks frequently
Rx tebinafine 250mg QD
Due to reported new bone pain, recommend x-ray to r/o bony involvement; though suspect pain is most likely secondary to bunion
Order right foot x-ray
Order CMP to monitor LFT's while on oral anti-fungal

### Follow Up
4 Weeks (Reason: F/U toenail fungus/skin recheck)

### History of Present Illness
Adult Chart Prep:
Adult Chart Prep
AdultCP. CDSS needs *Yearly Height Check,Tobacco SF,HIV Screening,Sexual Health Screening*
AdultCP. Interpreter Needed? *No*
AdultCP. Vaccines Needed *Yes,Private Hep B, Tdap, Varicella, Covid, flu*
AdultCP. Other *Labs 4/12 and 5/1/2024*
A HPI:

Progress Note: MELISSA VEIL, PA-C   04/23/2024

NSON, Tavish DOB: Apr 8, 1987 (39 yo M) Acc No. 51466

al record generated by eClinicalWorks EMR/PM Software (www eclinicalworks com) on 06/15/2026 at 08:58:51 AM PDT        Page 38 c

☐ Pregnancy:

☐ Seizures:

Comments:

MH/CC appt scheduled.

Meds verified via SS, current meds or formulary equivalent, ordered. MCR for methotrexate Rx.

UDS + THC, reported on intake screen.

**Appointment Name**

**Appointment Date**

Scheduled: 10/16/2024 - Medical Chart Review - methotrexate Rx on SS, current, noted to take for one week per month, please review for order.

10/16/2024 12:00:00 AM CDT

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Terbinafine HCl Oral | 250 MG | 1 | 10/17/2024 8:00:00 AM | 11/5/2024 11:59:00 PM | Take 250 mg by mouth once in a.m. for 20 day(s). Dispense 20 tablet. 0 Refill(s). *per SS. *ATE |
| Nystatin External | 100000 UNIT/GM | 1 | 10/16/2024 8:00:00 AM | 12/14/2024 11:59:00 PM | Apply 100000 unit/gm twice a day for 60 day(s). Dispense 120 cream. 0 Refill(s). *apply to affected toes. *ATE |
| Folic Acid Oral | 1 MG | 1 | 10/17/2024 8:00:00 AM | 12/15/2024 11:59:00 PM | Take 1 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s) |

JOHNSON, TAVISH P00192168 (2411750)