**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TAVISH L. JOHNSON,

Plaintiff,

v.

HEATHER DIGESTI, *et al.*,

Defendants.

Case No. 3:25-CV-00332-ART-CLB

**ORDER GRANTING *SUA SPONTE* EXTENSION TO FILE AMENDED COMPLAINT**

Plaintiff Tavish Johnson ("Johnson") initiated this suit with a *pro se* civil rights complaint. (ECF No. 3-1.) The Court screened Johnson's complaint and dismissed it with leave to amend because it did not comply with the Federal Rules of Civil Procedure. (ECF No. 12.) Johnson then filed a First Amended Complaint ("FAC") asserting, *inter alia*, an Eighth Amendment cruel and unusual punishment claim and a *Monell* unconstitutional policy claim. (ECF No. 17 at 11-12.) The Court screened Johnson's FAC and permitted his Eighth Amendment claim to proceed but dismissed his *Monell* claim with leave to amend so he could address how it applied to his Eighth Amendment claim. (ECF No. 23 at 6.) Johnson timely filed his Second Amended Complaint ("SAC"). (ECF No. 26.)

Upon review, the Court finds Johnson's SAC is improper because it exceeds the scope of the Court's order granting him leave to amend. When leave to amend is given to cure deficiencies with a particular claim the litigant may not add new claims alleged for the first time. *See, e.g.*, *Gerritsen v. Warner Bros. Ent. Inc.*, 116 F. Supp. 3d 1104, 1124-25 (C.D. Cal. 2015) (collecting cases); *Chandler v. DeJoy*, 2025 WL 1404947, at *1 (9th Cir. 2025) (affirming dismissal of claims "for exceeding the scope of the district court's grant of leave to amend"). Here, the Court specifically granted Johnson leave to amend his *Monell* claim "to address the doctrine's applicability" to his cruel and unusual punishment claim. (ECF No. 23 at 6.) Rather than do that, however, Johnson abandoned

his cruel and unusual punishment claim and his *Monell* claim and instead asserted an entirely new Eighth Amendment deliberate indifference claim. (ECF No. 26.) The Court therefore declines to screen Johnson's SAC.

Instead, the Court will grant Johnson a *sua sponte* extension up to and including **Friday, August 28, 2026**, to file an amended complaint that complies with its order granting leave to amend. (*See* ECF No. 23.) If Johnson fails to comply with this order the Court will recommend this case proceed only on the Eighth Amendment cruel and unusual punishment claim. To the extent Johnson wishes to pursue his deliberate indifference claim he must file a new lawsuit.

**IT IS SO ORDERED**.

**DATED**: July 29, 2026

**UNITED STATES MAGISTRATE JUDGE**