**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TAVISH L. JOHNSON,

Plaintiff,

v.

HEATHER DIGESTI, *et al.*,

Defendants.

Case No. 3:25-CV-00332-ART-CLB

**ORDER RE SERVICE**

On August 27, 2026, the Court granted Plaintiff Tavish L. Johnson's ("Johnson") an extension of time to file an amended complaint detailing the amended and corrected factual allegations for his cruel and unusual punishment claim. (ECF No. 30.) The Court clarified that Johnson could not add any new claims or parties. (*Id.*) On September 10, 2026, Johnson filed an amended complaint that only supplemented the factual allegations underlying his cruel and unusual punishment claim, thereby complying with the Court's order. (ECF No. 31.)

Consequently, **IT IS THEREFORE ORDERED** that Johnson's amended complaint, (ECF No. 31), is the operative complaint in this case. The complaint is proceeding against Heather Digesti, Detective Harvey, Washoe County Parole and Probation Office, City of Sparks Police Department, and John Does 1-10[1] for a single claim of cruel and unusual punishment in violation of the Eighth Amendment.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **ISSUE** summonses for Defendants Heather Digesti, Detective Harvey, Washoe County Parole and Probation Office, City of Sparks Police Department, **and deliver the same**, to the U.S. Marshal for

[1] While the amended complaint does not specifically mention any Defendants, the Court incorporates the naming of these Defendants in Johnson's first amended complaint, (ECF No. 17), as though it was repeated in the current operative complaint. *Hughes v. Rowe*, 449 U.S. 5, 9 (1980) (internal quotations marks and citation omitted) (allegations in *pro se* complaints are "held to less stringent standards than formal pleadings drafted by lawyers[.]")

service. The Clerk also shall also **SEND** sufficient copies of the complaint, (ECF No. 31), and this Order to the U.S. Marshal for service on the defendants. The Clerk shall **SEND** to Johnson **four** USM-285 forms. Johnson will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the defendants were not served, and if Johnson wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

**IT IS FURTHER ORDERED** that under Federal Rule of Civil Procedure 4(m), service must be completed within **90 days** of the date of this Order. If Johnson requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS FURTHER ORDERED** that Johnson shall serve upon defendants or, if an appearance has been entered by counsel, upon the attorneys, a copy of every pleading, motion or other document submitted for consideration by the court. If Johnson electronically files a document with the court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Johnson mails the document to the court, Johnson shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Johnson shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a district judge or magistrate judge which has not

been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

**IT IS SO ORDERED**.

**DATED**: September 16, 2026.

**UNITED STATES MAGISTRATE JUDGE**