AARON D. FORD
Attorney General
JOHN M. NOLAN (Bar No. 15790)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
Telephone: (775) 684-4605
Facsimile: (775) 684-4601
E-Mail: jmnolan@ag.nv.gov
*Attorneys for Heather Digesti*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAVISH L. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER DIGESTI, et al.,<br><br>Defendants. | Case No.: 3:25-cv-00332-ART-CLB<br><br>ORDER GRANTING<br><br>**DEFENDANT HEATHER DIGESTI'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT (ECF NO. 31)**<br><br>**(FIRST REQUEST)** |

Defendant Heather Digesti, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and JOHN M. NOLAN, Deputy Attornet General, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1 for an extension of time to respond to Plaintiff Tavish L. Johnson's amended complaint (ECF No. 31).

Defendant Digesti's current deadline is October 29, 2026. She requests an extension through an including November 29, 2026. Plaintiff has agreed to the requested extension. Good cause supports this request for an extension of time. This matter was recently assigned to the undersigned counsel, who requires additional time to review the pleadings, the Court's prior screening order, conduct research, and meet with Defendant before preparing a response.

/ / /

Undersigned counsel contacted Plaintiff by email to request an extension through November 27, 2026. Plaintiff agreed to the requested extension on October 27, 2026. A copy of the email thread is attached as Exhibit 1. This is Digesti's first request to extend the deadline to respond to ECF No. 31. The request is made in good faith, is not intended to cause delay, and is submitted before the expiration of the current deadline.

Therefore, Defendant Digesti respectfully requests that the Court extend her deadline to respond to ECF No. 31 through and including November 27, 2026.

DATED this 28th day of October, 2026.

AARON D. FORD
Attorney General

By: /s/ *John M. Nolan*
John M. Nolan (Bar No. 15790)
Deputy Attorney General
*Attorneys for Heather Digesti*

Good cause appearing, this motion is GRANTED.

IT IS SO ORDERED.

DATED: October 28, 2026



U.S. Magistrate Judge